### 17166.   SAPP *v.* THE STATE.

BROYLES, C. J. The motion for a new trial was based upon the usual general grounds only; the verdict was authorized by the evidence, and the judgment is *Affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of possession of liquor; from city court of Millen— Judge Woodrum. January 13, 1926.

*G. C. Dekle,* for plaintiff in error.

*E. G. Weathers, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.